ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 11 2005

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CIVIL ACTION |
| vs. | : | NO. 1:95-CV-1368-X |
| CECIL T. RHINE, | : | |
| Defendant, | : | |
| and | : | |
| ALLGOOD SERVICES OF GEORGIA, INC., | : | |
| Garnishee. | : | |

## APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, Plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the Defendant, Cecil T. Rhine, whose last known address is: 1326 Windsor Oak Court, Lawrenceville, Georgia 30045 in the above cited action in the amount of $75,444.34 plus costs and post-judgment interest at the rate of 2.09%, compounded annually. The sum of $5,316.65 has been credited to the judgment debt, leaving a total balance due of $92,870.26 as of October 6, 2005.

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from October 6, 2005, and debtor has failed to satisfy the debt.

1

The Garnishee is believed to owe or will owe money or property to the judgment debtor, or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor.

The name and address of the Garnishee or his authorized agent is:

      Allgood Services of Georgia, Inc.
      2540 Lawrenceville Highway
      Lawrenceville, GA 30044
      William P. Tindol, CFO
      770-339-4500

Plaintiff further requests that it be allowed to recover as part of this garnishment a surcharge of ten percent (10%) of the amount of the currently outstanding debt, pursuant to 28 U.S.C. § 3011(a).

Dated this 11th day of October, 2005.

                      Respectfully submitted,

                      DAVID E. NAHMIAS
                      United States Attorney

                      By,

                      CYNTHIA B. SMITH
                      Assistant United States Attorney
                      Georgia Bar No. 655473

                      600 United States Courthouse
                      75 Spring Street, S.W.
                      Atlanta, Georgia 30303
                      Phone Number:(404) 581-6350
                      Telefax Number: (404) 581-6167

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,          :
                                   :
                Plaintiff,         :          CIVIL ACTION
                                   :
        vs.                        :          NO. 1:95-CV-1368-X
                                   :
CECIL T. RHINE,                    :
                                   :
                Defendant,         :
                                   :
        and                        :
                                   :
ALLGOOD SERVICES OF                :
GEORGIA, INC.,                     :
                                   :
                Garnishee.         :

WRIT OF CONTINUING GARNISHMENT

GREETINGS TO:  Allgood Services of Georgia, Inc.
               2540 Lawrenceville Highway
               Lawrenceville, GA 30044
               William P. Tindol, CFO

An application for a Writ of Garnishment against the property of Cecil T. Rhine, Defendant, has been filed with this Court. A judgment has been entered against the above-named Defendant in the amount of $75,444.34, plus costs and interest, computed through October 6, 2005.

You are required by law to withhold and retain any property in which the debtor has a substantial nonexempt interest and for which the garnishee is or may become indebted to the judgment debtor pending further order of the Court.

You are required by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control or

1

possession, any property owned by the debtor, including nonexempt disposable earnings.

Pursuant to 15 U.S.C.A. §1673, the maximum part of the aggregate disposable earnings of an individual for any workweek which is subjected to garnishment may not exceed:

(1)   25 per centum of his disposable earnings for that week, or

(2)   the amount by which his disposable earnings for that week, exceed thirty times the Federal minimum hourly wage prescribed by section 206(a)(1) of Title 29 in effect at the time the earnings are payable, whichever is less.   In the case of earnings for any pay period other than a week, the Secretary of Labor shall by regulation prescribe a multiple of the Federal minimum hourly wage equivalent in effect to that set forth in paragraph (2).

Please state whether or not you anticipate paying the debtor any future payments and whether such payments are weekly, bi-weekly or monthly.

You must file the original written Answer to this writ within ten (10) days of your receipt of this writ with the United States District Court Clerk at:   2211 U. S. Courthouse, 75 Spring Street, S.W., Atlanta, GA  30303.  Additionally, you are required by law to serve a copy of this Answer upon the debtor at:   1326 Windsor Oak Court, Lawrenceville, GA  30045 and  upon  David E. Nahmias, United States Attorney,  600  United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia 30303.  Attention:  Financial Litigation Unit.

Under the law, there is property which is exempt from this Writ of Garnishment.  Property which is exempt and which is not subject to

this Writ is listed on the **CLAIM FOR EXEMPTION FORM** attached to the Clerk's Notice of Post-Judgment Continuing Garnishment.

Pursuant to 15 U.S.C. §1674, Garnishee is prohibited from discharging the defendant from employment by reason of the fact that his earnings have been subject to garnishment for any one indebtedness.

If you fail to answer this writ or withhold property in accordance with this writ, the United States of America may petition the Court for an order requiring you to appear before the Court.  If you fail to appear or do appear and fail to show good cause why you failed to comply with this writ, the Court may enter a judgment against you for the value of the debtor's nonexempt property.  It is unlawful to pay or deliver to the defendant any item attached by this writ.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court at ATLANTA, dated:

this _11th_ day of _October_, 20_05_.

LUTHER D. THOMAS
Clerk, United States District Court

BY: _____
Deputy Clerk

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,      :
                               :
              Plaintiff,       :        CIVIL ACTION
                               :
        vs.                    :        NO. 1:95-CV-1368-X
                               :
CECIL T. RHINE,                :
                               :
              Defendant,       :
                               :
        and                    :
                               :
ALLGOOD SERVICES OF            :
GEORGIA, INC.,                 :
                               :
              Garnishee.       :

CLERK'S NOTICE OF POST-JUDGMENT WRIT OF CONTINUING
GARNISHMENT AND INSTRUCTIONS TO DEBTOR

You are hereby notified that this money is being taken by the United States of America which has a judgment in Civil Action Number 1:95-CV-1368-X, Northern District of Georgia, ATLANTA Division, in the sum of $75,444.34 for a HEAL debt owed to the Bureau of Health Professions (PHS). A balance of $92,870.26 remains outstanding.

In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the United States of America if you, Cecil T. Rhine, can show that the exemptions apply.

Attached to the Writ of Continuing Garnishment is a summary of the major exemptions which apply in most situations in the State of Georgia.

4

If you are Cecil T. Rhine, you have a right to ask the Court to return your property to you if you think the property the United States of America is taking qualifies under one of the above exemptions or if you think you do not owe the money to the United States of America that it claims you do.

If you want a hearing, you must notify the Court within 20 days after receipt of the notice by completing the **Request For Hearing** box at the bottom of the **Claim For Exemption Form.**

You must either mail it or deliver it in person to the Clerk of the United States District Court at 2211 U. S. Courthouse, 75 Spring Street, S.W., Atlanta, GA  30303.  You must also send a copy of your request to David E. Nahmias, United States Attorney, 600 United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia 30303, Attention: Financial Litigation Unit, so the United States of America will know you want a hearing.

The hearing will take place within 5 days after the Clerk receives your request, or as soon after that as possible.

At the hearing you may explain to the judge why you think you do not owe the money to the United States of America, why you disagree with the reason the United States of America says it must take your property at this time, or why you believe the property the United States of America has taken is exempt or belongs to someone else.  You may make any or all of these explanations as you see fit.

5

If you think you live outside the federal judicial district in which the Court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the Court to the federal judicial district in which you reside.  You must make your request in writing, and either mail it or deliver it in person to the Clerk of the Court at United States District Court, 2211 U. S. Courthouse, 75 Spring Street, S.W., Atlanta, GA  30303.  You must also send a copy of your request to the United States of America at 600 United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia 30303. Attention:  Financial Litigation Unit so the United States of America will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records.  If you have any questions about your rights or about this procedure, you should contact a lawyer, or an office of public legal assistance.  **THE CLERK IS NOT PERMITTED TO GIVE LEGAL ADVICE.**

Date: _Oct. 11, 2005_

LUTHER D. THOMAS
Clerk, United States District Court

BY: _____
    Deputy Clerk

6

## NOTICE TO DEFENDANT ON
## HOW TO CLAIM EXEMPTIONS

The attached post-judgment execution process has been issued on request of the United States which holds a judgment on claim for a debt against you.  The Writ may cause your property or wages to be held or taken to pay the judgment.

The law provides that certain property and wages cannot be taken. Such property is said to be exempted.  A summary of some of the major exemptions under your state and federal law is set forth in the **Claim For Exemption Form**.  There is no exemption solely because you are having difficulty paying your debts.

If you claim an exemption, you should (i) fill out the **Claim For Exemption Form** and (ii) deliver or mail the form to the Clerk's Office of this Court and counsel for the United States.  You have a right to a hearing within five business days, or as soon as practicable, from the date you file your claim with the Court.

If the creditor is asking that your wages be held, the method of computing the amount of wages which are exempt from garnishment by law is indicated on the **Claim For Exemption Form** attached.  You do not need to file a claim for exemption to receive this exemption, but if you believe the wrong amount is being withheld, you may file a claim for exemption.

On the day of the hearing, you should come to court ready to explain why your property is exempted, and you should bring any documents which may help you prove your case.  If you do not come to court at the designated time and prove that your property is exempt, you may lose some of your rights.

It may be helpful to you to seek the advice of an attorney in this matter.

7

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| vs. | : | NO. 1:95-CV-1368-X |
| | : | |
| CECIL T. RHINE, | : | |
| | : | |
| Defendant, | : | |
| | : | |
| and | : | |
| | : | |
| ALLGOOD SERVICES OF | : | |
| GEORGIA, INC., | : | |
| | : | |
| Garnishee. | : | |

## CLAIM FOR EXEMPTION FORM

### MAJOR EXEMPTIONS UNDER FEDERAL LAW

I claim that the exemption(s) from garnishment which are checked below apply in this case:

_____1.   Social Security benefits and Supplemental Security income (42 U.S.C. § 407).

_____2.   Veterans' benefits (38 U.S.C. § 3101).

_____2a.  Members of armed services or military on active-duty status (10 U.S.C. § 1440, 38 U.S.C. § 562, 50 App. USCA § 521).

_____3.   Federal civil service retirement benefits (5 U.S.C. § 8346 and 22 U.S.C. § 4060(c)).

_____4.   Annuities to survivors of federal judges (28 U.S.C. § 376(n)).

_____5.   Longshoremen and Harbor Workers Compensation Act (33 U.S.C. § 916).

_____6.   Black lung benefits (30 U.S.C. §§ 931(b)(2)(F) and 932(a)).

8

_____6a.   Seaman's, master's or fisherman's wages, except for child
            support or spousal support and maintenance (46 U.S.C.A.
            §§ 1108-1109(a-c)).

Exemptions listed under 1 through 6 above may not be applicable  in
child support and alimony cases (42 U.S.C. § 659).

_____6b.   Railroad retirement, pension, unemployment benefits (45
            U.S.C. §§ 231(m), 352(e).

_____7.    Compensation for war risk hazards (42 U.S.C. §1717).

_____8.    **Bankruptcy Code** (Title 11, United States Code) which
            generally provides exemptions for:

_____8a.   $18,450 of equity in your residence.

| Address of Residence | Fair Market Value | Liens | Equity |
|---|---|---|---|
| _____ | $_____ | $_____ | $_____ |

_____8b.   $2,950 of equity in a motor vehicle.

              Description of Vehicle:         Fair Market Value:

              _____    $_____

_____8c.   Jewelry worth up to $1,225.

                Property Claimed:             Fair Market Value

              _____    $_____

              _____    $_____

              _____    $_____

9

_____8d.   Personal property worth up to $9,850. (However, no single
             item worth more than $475 can be claimed as exempt.)

                    Property Claimed:                Fair Market Value

                _____  $_____

                _____  $_____

                _____  $_____

_____8e.   Property totaling up to $975 in value, plus up to $9,250 of
             any unused amount of the exemption provided in number 8(a)
             above.

                    Property Claimed:                Fair Market Value:

                _____  $_____

                _____  $_____

                _____  $_____

_____8f.   $1,850 of equity in professional books, or
             implements or tools, of your trade or your
             dependent's trade.

_____8g.   Any unmatured life insurance contract you own,
             other than credit life insurance.

_____8h.   The aggregate value, up to $9,850, of any accrued dividend
             or interest under, or loan value of, any unmatured life
             insurance contract you own, but only if you are the insured
             or you are a dependent of the insured.

_____8i.   Professionally prescribed health aids for you or your
             dependents.

_____8j.   Unemployment compensation benefits, local public assistance
             benefits, disability benefits, illness benefits; and alimony,
             support, and separate maintenance, to the extent these items
             are reasonably necessary for your support or the support of
             your dependents.

_____8k.  A payment under a stock bonus, pension, profit-sharing, annuity, or similar plan or contract on account of illness, disability, death, age, or length of service, to the extent reasonably necessary for your support or the support of your dependents, subject to the limitations set forth at Title 11 United States Code Section 522(d)(10)(E)(i)-(iii).

_____8l.  Your right to receive, or property that is traceable to,
-an award under a crime victim's reparation law;
-a payment on account of the wrongful death of an individual of whom you were a dependent, but only to the extent reasonably necessary for your support or the support of your dependents;
-a payment under a life insurance contract that insured an individual of whom you were a dependent on the date of the insured's death, but only to the extent reasonably necessary for your support or the support of your dependents;
-a payment, not to exceed $18,450, on account of personal bodily injury suffered by you or by an individual of whom you are a dependent; however, payment for pain and suffering or payment to compensate actual pecuniary loss are not exempt under this paragraph;
-a payment in compensation of loss of your future earnings of an individual of whom you are, or were, a dependent, but only to the extent reasonably necessary for your support or the support of your dependents.

Pursuant to 15 U.S.C.A. §1673, the maximum part of the aggregate disposable earnings of an individual for any workweek which is subjected to garnishment may not exceed

(1)  25 per centum of his disposable earnings for that week, or

(2)  the amount by which his disposable earnings for that week, exceed thirty times the Federal minimum hourly wage prescribed by section 206(a)(1) of Title 29 in effect at the time the earnings are payable, whichever is less.   In the case of earnings for any pay period other than a week, the Secretary of Labor shall by regulation prescribe a multiple of the Federal minimum hourly wage equivalent in effect to that set forth in paragraph (2).

### MAJOR EXEMPTIONS UNDER STATE LAW

NOTE:    The law of the state where you have been domiciled for at least 180 days governs your rights.

NOTE:    If you have selected the Bankruptcy Code exemptions (line 7 above), you may not also claim the state law exemptions listed below.

### GEORGIA

| CLAIMED | TYPE | STATUTE SECTION | VALUE CLAIMED |
|---|---|---|---|
| _____9. | Homestead and Exemptions. | §44-13-1 Personal and/or real property in the amount of $5,000.00. | _____ |
| _____10. | | §18-4-22 Certain pension or retirement funds and benefits prior to member or beneficiary. | _____ |
| _____11. | | §49-4-35 Old age assistance benefits. | _____ |
| _____12. | | §49-9-12 and §49-4-84. Disability and re-habilitation benefits. | _____ |
| _____13. | | §49-4-58 Blind person's benefits. | _____ |
| _____14. | | §34-9-84 Worker's compensation payments. | _____ |
| _____15. | | §34-8-7 Unemployment compensa-tion benefits. (subject to exception). | _____ |

| CLAIMED | TYPE | STATUTE SECTION | VALUE CLAIMED |
|---------|------|-----------------|---------------|
| _____16. | | §33-15-20<br>Fraternal benefit<br>society payments. | _____ |
| _____17. | | §44-13-18<br>Homestead profits. | _____ |
| _____18. | | §34-7-4<br>Employee outstanding<br>wages at death. | _____ |
| _____19. | Other | State basis for<br>exemption claim and<br>describe property. | _____ |

The statements made in this claim of settlement to exemptions and request for hearing as to exemption entitlement and fair market value of the property designated are made and declared under penalty of perjury that they are true and correct.

_____    _____    _____
Debtor's printed or typed name   Signature of debtor    Date

Civil Action No. 1:95-CV-1368-X

<u>REQUEST FOR HEARING</u>

    I hereby request a court hearing.  Notice of the hearing should be given to me by mail at:

(address): _____

_____

or telephonically at:

(Telephone Number): _____

Date_____      _____
                           Signature of Defendant

_____
Defendant's Printed or Typed Name

14

TO:   Allgood Services of Georgia, Inc.
      2540 Lawrenceville Highway
      Lawrenceville, GA  30044
      ATTN: William P. Tindol, CFO

### INSTRUCTIONS TO THE GARNISHEE

Attached is a Writ of Continuing Garnishment requesting that you determine whether or not you have in your possession, custody, or control any of the property of the debtor listed therein, or any other property of the debtor's.  You are required by law to serve a written answer to this writ within 10 days of your receipt of this writ.  You are further required to withhold and retain any property in which the debtor has a substantial non-exempt interest.  A list of exemptions which are not subject to the Writ of Continuing Garnishment is attached to the Clerk's Notice, entitled **CLAIM FOR EXEMPTION FORM.**

**IF YOU FAIL TO ANSWER THIS WRIT OR TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT, THE COURT MAY MAKE YOU LIABLE FOR THAT AMOUNT OF THE DEBTOR'S NON-EXEMPT PROPERTY WHICH YOU FAILED TO WITHHOLD. ADDITIONALLY, YOU MAY BE HELD LIABLE FOR A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES OF AMERICA, IF THE UNITED STATES OF AMERICA FILES A PETITION TO THE COURT REQUESTING AN EXPLANATION FOR YOUR FAILURE TO COMPLY WITH THIS WRIT.**

If you have any additional questions, please call CYNTHIA B. SMITH,  at (404) 581-6350 or by mail to:

                    United States Attorney
                    ATTN:  Financial Litigation
                    600 United States Courthouse
                    75 Spring Street, S.W.
                    Atlanta, Georgia 30303

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,  :
           :
     Plaintiff,  :  CIVIL ACTION
           :
   vs.       :  NO. 1:95-CV-1368-X
           :
CECIL T. RHINE,     :
           :
    Defendant,  :
           :
   and      :
           :
ALLGOOD SERVICES OF   :
GEORGIA, INC.,     :
           :
    Garnishee.   :

## PLAINTIFF'S NOTICE OF GARNISHMENT AND INSTRUCTIONS TO THE ABOVE-NAMED DEFENDANT

YOU ARE HEREBY NOTIFIED that a Writ of Continuing Garnishment was issued based upon a judgment entered against you on May 31, 1995 and the Garnishment was served on  Garnishee and it is believed that the Garnishee may have property of yours in their custody, possession or control.

YOU ARE FURTHER NOTIFIED that, unless within twenty (20) days from the date of receipt of the Answer of the Garnishee, you file a written objection to explain why you think these funds are exempt from execution under state or federal law and request a hearing, a Court Order will be entered attaching the funds or property and the funds or property will be applied against the judgment owed the United States of America.

Any objection that you file to contest the Garnishment must be filed in the office of the Clerk of the United States District Court, Northern District of Georgia, at 2211 U. S. Courthouse, 75 Spring Street, S.W., Atlanta, GA 30303. The objection must state your reasons for believing that this property is not subject to attachment by the United States of America. A copy of the objection or other pleading must also be served on: (1) David E. Nahmias, the United States Attorney for the Northern District of Georgia, Attn: Financial Litigation Unit, 600 United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia 30303 and Allgood Services of Georgia, Inc., 2540 Lawrenceville Highway, Lawrenceville, Georgia 30044, ATTN: William P. Tindol, CFO. **YOU MAY WISH TO CONSULT A LAWYER FOR ADVICE AS TO THE MEANING OF THIS NOTICE.**

DAVID E. NAHMIAS
United States Attorney

By,

CYNTHIA B. SMITH
Assistant United States Attorney
Georgia Bar No. 655473

600 United States Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303
Phone Number:(404) 581-6350
Telefax Number: (404) 581-6167

17

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,          :
                                   :
              Plaintiff,           :       CIVIL ACTION
                                   :
         vs.                       :       NO. 1:95-CV-1368-X
                                   :
CECIL T. RHINE,                    :
                                   :
              Defendant,           :
                                   :
         and                       :
                                   :
ALLGOOD SERVICES OF                :
GEORGIA, INC.,                     :
                                   :
              Garnishee.           :


ANSWER OF THE GARNISHEE

_____, BEING DULY SWORN DEPOSES AND SAYS:
(Name of person signing)

1.   (Please check the box that applies to the Garnishee's entity)

_____      Garnishee is an individual, or is an individual doing

           business in the name of _____.

           (State full name and address of business).

_____      Garnishee is a partnership, and the person signing this

           answer is (circle one) an employee; a partner; other

           (identify) _____ of the partnership.

18

_____ Garnishee is a Corporation, and the person signing this answer is the (State Official Title) _____ _of Garnishee, _____ a corporation, organized under the laws of the State of _____ _____.

2. On _____, 20___, Garnishee was served with the Writ of Continuing Garnishment.

3. For the pay period in effect on the date of service stated in my answer to Number 2, the Defendant (circle one)  WAS    WAS NOT employed by the Garnishee.  If yes, complete A - D:

   A. The pay period for this employee is _____weekly, _____bi-weekly, _____semi-monthly, _____monthly, _____ other (please indicate the pay period).

   B. The pay period in effect at the time this garnishment was served began on _____, 20__, and will end on _____, 20__. (State the dates)

   C. Defendant's net wages are: (Calculate below:)

   (a)  Gross Pay                 $_____

   (b)  Federal income tax        $_____

   (c)  F.I.C.A. income tax       $_____

   (d)  State income tax          $_____

   Total of tax withholdings      $_____

   Net Wages                      $_____
                                  (line a minus lines b,c,d)

4.  There (circle one)  HAVE    HAVE NOT   been previous garnishments in effect against the defendant.

　　　If the answer is yes, describe below.

_____

_____

_____

5.  The Garnishee has custody, control or possession of the following property (not including earnings), in which the Defendant may have an interest, as described below: (If none, please write "None")

| Description of Property | Approximate Value | Description of Debtor's interest in Property |
|---|---|---|
| A. _____ | _____ | _____ |
| B. _____ | _____ | _____ |
| C. _____ | _____ | _____ |
| D. _____ | _____ | _____ |

6.  Garnishee anticipates owing to the judgment-debtor in the future, the following amounts: (If none, write "None")

| Amount | Estimate date or Period Due |
|---|---|
| A. $_____ | _____ |
| B. $_____ | _____ |
| C. $_____ | _____ |
| D. $_____ | _____ |

**CHECK LINE 7 ONLY IF YOU DENY THAT YOU NOW HAVE OR MAY IN THE FUTURE HAVE ANY PROPERTY SUBJECT TO THIS GARNISHMENT ORDER, OR IF YOU DENY THAT THE DEFENDANT IS EMPLOYED BY YOU:**

7. \_\_\_\_ The Garnishee was in no manner and upon no account indebted to or under liability to the Defendant and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

**CHECK LINE 8 ONLY IF YOU CLAIM A DEFENSE OF SOME KIND TO THIS GARNISHMENT ACTION:**

8. \_\_\_\_ The Garnishee has the following objections, defenses, or set-off to this Garnishment Action: (please list)

_____

_____

_____

9. The Garnishee mailed a copy of this answer by first-class mail to (A) the Debtor, Cecil T. Rhine, 1326 Windsor Oak Court, Lawrenceville, Georgia 30045;

(B)   the attorney for the United States of America, Cynthia B. Smith, Assistant United States Attorney, 600 United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia 30303. Signed and Dated this _____ day of _____, 20___.

_____
Signature of Authorized Person

_____
Typed or Printed Name of Person signing

_____
Telephone Number

_____
Address

_____
Address

Subscribed to and sworn before me this _____ day of

_____, 20_____.

_____
Notary Public
(Seal)

My Commission expires:_____

ATTACHMENT TO ANSWER OF GARNISHEE

The Original Answer must be delivered to:

United States District Court
2211 U. S. Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303


A copy of this Answer must be sent to the Defendant:

Cecil T. Rhine
1326 Windsor Oak Court
Lawrenceville, GA 30045


The **check** and a copy of this Answer must also be delivered to:

United States Attorney
ATTN:  Financial Litigation
600 United States Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303